United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JACQUELINE MELCHER | No. C 16-05851 WHA<br>No. C 16-05852 WHA<br>No. C 16-05853 WHA |
| | **ORDER GRANTING MOTION TO CONSOLIDATE APPEALS** |
| _____ / | |

    Debtor Jacqueline C. Melcher moves to consolidate three appeals (16-5851, 16-5852, and 16-5853) arising out of the same bankruptcy. Trustee John W. Richardson consents to the consolidation. Debtor's motion is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: November 16, 2016.

                                                                 WILLIAM ALSUP
                                                                UNITED STATES DISTRICT JUDGE